# Exhibit B

## CERTIFICATION ON BEHALF OF
## WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST

We, Jermaine Smiley, Chairman, and Candace Minerich, Secretary, of Western Washington Laborers-Employers Pension Trust ("Western Washington Laborers"), make this Certification pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4, and hereby certify as follows:

1. We have reviewed the securities class action complaints filed against Bristol-Myers Squibb Company and others in *Giugno v. Bristol-Myers Squibb Company, et al.*, No. 18-00878 (VC) (N.D. Cal.) and *Tung v. Bristol-Myers Squibb Company, et al.*, No. 18-1611 (JPO) (S.D.N.Y.), and submit this certification in support of Western Washington Laborers' motion to be appointed lead plaintiff and for approval of its selection of counsel (the "Motion"). Western Washington Laborers has authorized the filing of the Motion.

2. Attached as **Schedule A** to this Certification is a list of Western Washington Laborers' transactions in the securities that are the subject of the action during the Class Period (as defined in the complaints).

3. Western Washington Laborers did not purchase the securities that are the subject of the action at the direction of counsel or in order to participate in any private action.

4. Western Washington Laborers is willing and able to serve as a lead plaintiff in a representative capacity on behalf of the proposed class in the action, including providing testimony at deposition and trial, if necessary.

5. Western Washington Laborers has sought to serve or served as a representative party on behalf of a class in the following action(s) under the federal securities laws filed during the three-year period preceding the date this Certification was signed:

*Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rogue v. Aaron's, Inc., et al.*, No. 17-2270 (SCJ), N.D. Ga.

1

6.  Western Washington Laborers will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except as ordered and approved by the court.

We declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 10th day of April 2018.

_____
Jermaine Smiley, Chairman
Western Washington Laborers-Employers
Pension Trust


_____
Candace Minerich, Secretary
Western Washington Laborers-Employers
Pension Trust

# Bristol-Myers Squibb Company -- Schedule A
# Western Washington Laborers-Employers Pension Trust

**Cusip:** 110122108
**Ticker:** BMY
**Class Period:** January 27, 2015 through October 9, 2016

**Beginning Holdings: 0 shares**

| Purchases | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 06/15/16 | 14,380 | $72.79 |
| 07/22/16 | 7,230 | $75.52 |
| 08/05/16 | 12,280 | $62.99 |
| 08/08/16 | 5,895 | $60.27 |
| 08/10/16 | 6,885 | $60.64 |
| 08/16/16 | 7,395 | $59.72 |
| 08/23/16 | 7,570 | $59.63 |
| 09/06/16 | 1,450 | $56.63 |

| Sales | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 06/23/16 | 330 | $72.57 |
| 07/11/16 | 320 | $75.39 |
| 09/13/16 | 1,350 | $55.60 |

| Post Class Period Sales* | | |
|---|---|---|
| 10/10/16 | 9,440 | $49.93 |
| 10/11/16 | 10,170 | $49.80 |
| 10/26/16 | 2,400 | $49.78 |
| 11/08/16 | 2,390 | $52.68 |
| 11/09/16 | 2,885 | $56.42 |
| 12/20/16 | 1,160 | $59.22 |

\* Used the higher of actual sale price or average trading price from end of class period to sale date