**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Joshua L. Crowell (#295411)
Charles H. Linehan (#307439)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Counsel for Plaintiff Joseph Giugno*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSEPH GIUGNO, Individually and On Behalf of All Others Similarly Situated, | Case No.: 3:18-cv-00878-VC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| BRISTOL-MYERS SQUIBB COMPANY, MICHAEL GIORDANO, FOUAD NAMOUNI, FRANCIS M. CUSS, GIOVANNI CAFORIO, LAMBERTO ANDREOTTI, and CHARLES A. BANCROFT, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Joseph Giugno voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: April 25, 2018          **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
Joshua L. Crowell
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Counsel for Plaintiff Joseph Giugno*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 25, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 25, 2018, at Los Angeles, California.

                              *s/ Robert V. Prongay*
                              Robert V. Prongay

# Mailing Information for a Case 3:18-cv-00878-VC Giugno v. Bristol-Myers Squibb Company et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joshua L Crowell**
  jcrowell@glancylaw.com,joshua-crowell-3496@ecf.pacerpro.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **David Reuven Lev Kaplan**
  davidk@blbglaw.com,ashley.lee@blbglaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Mark Edward McKane**
  mmckane@kirkland.com,rtejada@kirkland.com,adrienne-levin-5018@ecf.pacerpro.com,sarah.farley@kirkland.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,bmurray@glancylaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **David Ronald Stickney**
  davids@blbglaw.com,avi@blbglaw.com,lisa.napoleon@blbglaw.com,ashley.lee@blbglaw.com,kayem@blbglaw.com

- **Roland K. Tellis**
  rtellis@baronbudd.com

- **Mary Sikra Thomas**
  mthomas@gelaw.com,rfinnimore@gelaw.com,cnevers@gelaw.com,jwilliams@gelaw.com,kdrew@gelaw.com

- **James Matthew Wagstaffe**
  wagstaffe@kerrwagstaffe.com,dwyer@kerrwagstaffe.com,bechtol@kerrwagstaffe.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`